MOLLY REZAC
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 West Liberty Street
Suite 920
Reno, NV 89501
Telephone: 775.440.2372
Fax: 775.440.2376
*Attorney for Defendant Pilot Thomas Logistics, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMBER QUINTANILLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PILOT THOMAS LOGISTICS, LLC, a Domestic Limited-Liability Company,<br><br>Defendant. | Case No.: 3:19-cv-00627-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**<br><br>(***First Request***) |

Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Amber Quintanilla ("Plaintiff") and Defendant Pilot Thomas Logistics, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint and Jury Demand ("Complaint"), from November 11, 2019 to December 2, 2019. Defense counsel has just been retained in this matter and requires additional time to investigate the facts of this matter and prepare a response to Plaintiff's Complaint. This is the Parties' first request to extend the time for Defendant to respond to Plaintiff's Complaint.

. . .

. . .

. . .

. . .

. . .

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

DATED this 11th day of November, 2019.

THE GEDDES LAW FIRM, P.C.

*/s/     William J. Geddes*
William J. Geddes
Kristen R. Geddes
8600 Technology Way, Suite 107
Reno, NV 89521
Telephone: 775.853.9455
*Attorneys for Plaintiff Amber Quintanilla*

DATED this 11th day of November, 2019.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/     Molly M. Rezac*
Molly M. Rezac
50 West Liberty Street, Suite 920
Reno, NV 89501
Telephone: 775.440.2372
*Attorneys for Defendant Pilot Thomas Logistics, LLC*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2019.