MOLLY REZAC
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 West Liberty Street
Suite 920
Reno, NV 89501
Telephone: 775.440.2372
Fax: 775.440.2376
*Attorney for Defendant Pilot Thomas Logistics, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMBER QUINTANILLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PILOT THOMAS LOGISTICS, LLC, a Domestic Limited-Liability Company,<br><br>Defendant. | Case No.: 3:19-cv-00627-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION TO DISMISS ACTION**<br><br>(*First Request*) |

Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Amber Quintanilla ("Plaintiff") and Defendant Pilot Thomas Logistics, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree to extend the time for the parties to file the Stipulation to Dismiss this matter with prejudice from March 9, 2020 to March 25, 2020. The parties attended an Early Neutral Evaluation in this matter on February 6, 2020 and reached a settlement. Since that time the parties have diligently worked at preparing settlement documents and have agreed upon settlement documents. However, because both parties are located out of town, it has taken a bit longer than expected to obtain all the documents necessary. As such, the parties respectfully request an extension to allow them to finalize the settlement, payment, and dismissal of this action.

. . .

. . .

. . .

- 1 -

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

DATED this 6th day of March, 2020.

THE GEDDES LAW FIRM, P.C.

*/s/ Kristen R. Geddes*
William J. Geddes
Kristen R. Geddes
8600 Technology Way, Suite 107
Reno, NV 89521
Telephone: 775.853.9455
*Attorneys for Plaintiff Amber Quintanilla*

DATED this 6th day of March, 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Molly M. Rezac*
Molly M. Rezac
50 West Liberty Street, Suite 920
Reno, NV 89501
Telephone: 775.440.2372
*Attorneys for Defendant Pilot Thomas Logistics, LLC*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 9, 2020