MOLLY REZAC
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 West Liberty Street
Suite 920
Reno, NV 89501
Telephone: 775.440.2372
Fax: 775.440.2376
*Attorney for Defendant Pilot Thomas Logistics, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMBER QUINTANILLA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PILOT THOMAS LOGISTICS, LLC, a Domestic Limited-Liability Company,<br><br>Defendant. | Case No.: 3:19-cv-00627-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Amber Quintanilla ("Plaintiff") and Defendant Pilot Thomas Logistics, LLC ("Defendant"), by and through their respective counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

. . .

. . .

. . .

- 1 -

Each party to bear their own fees and costs.

DATED this 19th day of March, 2020.    DATED this 19th day of March, 2020.

THE GEDDES LAW FIRM, P.C.    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Kristen R. Geddes*    */s/ Molly M. Rezac*
William J. Geddes    Molly M. Rezac
Kristen R. Geddes    50 West Liberty Street, Suite 920
8600 Technology Way, Suite 107    Reno, NV 89501
Reno, NV 89521    Telephone: 775.440.2372
Telephone: 775.853.9455    *Attorney for Defendant Pilot Thomas*
*Attorneys for Plaintiff Amber Quintanilla*    *Logistics, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __March 19, 2020_____